JANUARY 25, 2000

No. 99–423.   ALSBROOK v. ARKANSAS ET AL.   C. A. 8th Cir. Certiorari granted limited to Question 1 presented by the petition, case consolidated with No. 98–829, *Florida Department of Corrections* v. *Dickson et al.* [certiorari granted, *ante*, p. 1132], and a total of one hour allotted for oral argument.   Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 3, 2000.   Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 31, 2000.   A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 17, 2000.   This Court's Rule 29.2 does not apply.

No. 99–7870 (99A599).   McGINNIS v. TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

JANUARY 27, 2000

No. 99–7902 (99A602).   IN RE MORELAND.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

FEBRUARY 3, 2000

No. 99A625 (99–8044).   IN RE TARVER.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending further order of the Court.

FEBRUARY 7, 2000

No. 99–145.   SOUTH CAROLINA LAW ENFORCEMENT DIVISION v. GLOVER.   C. A. 4th Cir.   Certiorari dismissed under this Court's Rule 46.1.